# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bita Pargol,<br><br>          Plaintiff,<br><br>v.<br><br>Clean Earth Carpet, Inc. d/b/a Clean Earth Restorations and Parker Stanbury, LLP,<br><br>          Defendant. | Case No.: 3:16-cv-02998-AJB-AGS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

    Based upon the Joint Motion for Dismissal, this Court hereby orders the action to be, and is, dismissed with prejudice.

IT IS ORDERED.

Dated: May 25, 2017

                                                Hon. Anthony J. Battaglia
                                                United States District Judge